## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PRIYANK SHAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case # DKC -04-4059 |
| | ) |
| COLLECTO, INC., et al. | ) |
| | ) |
| Defendants | ) |

## **STIPULATED DISMISSAL OF SELECT CLAIMS**

The parties through their respective counsel file this stipulation regarding Plaintiff's previously filed Notice of dismissal of select claims from the original Complaint. The parties stipulate to the following:

(1)  Plaintiff dismisses his claims in paragraph 44 of the Complaint for alleged violations of 15 U.S.C. § 1681s-2(b), including the corresponding allegation in paragraph numbered as (5) on page 10 of the Complaint for damages for those alleged § 1681s-2(b) violations.

(2)  Plaintiff dismisses his damages paragraph (6) (ii) on page 10 of the Complaint, which sought "(ii) $1,000 for obtaining a consumer report under false pretenses or knowingly without a permissible purpose."

(3)  Plaintiff amends his FDCPA damages claim in Count 1 (paragraph (2) on page 10 of the Complaint) to reflect or clarify that Plaintiff seeks statutory damages of only $1,000 for any and all FDCPA violations against Collecto, Inc., pursuant to 15 U.S.C. § 1692k(a)(2)(A), and not $1,000 for each violation of the FDCPA. Thus the words "each separate" are hereby by stricken from paragraph (2) on page 10.

        Respectfully Submitted,

        /s/
_____
Michael C. Worsham, Esq.
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 557-6192
Fax: (410) 510-1870
michael@worshamlaw.com
Maryland Federal Bar # 25923

*Attorney for Plaintiff*


        /s/
_____
Robert H. Bouse, Jr., Esq.
Anderson, Coe & King, LLP
201 N. Charles St., Suite 2000
Baltimore, Maryland, 21201
(410) 752-1630
*Attorney for  Defendant  University of Bridgeport*


        /s/
_____
Stacey A. Moffet, Esq.
Eccleston and Wolf, P.C.
Scarlett Place, 7th Floor
Baltimore, Maryland 21302-4496
(410) 752-7474.
*Attorney for Defendant Collecto, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served this document via the Court's normal ECF system on March 2, 2005 on: Robert H. Bouse, Jr., Esq., Anderson, Coe & King, LLP, 201 N. Charles St., Suite 2000, Baltimore, Maryland, 21201, (410) 752-1630; and Stacey A. Moffet, Esq., Eccleston and Wolf, P.C., Scarlett Place, 7th Floor, Baltimore, Maryland 21302-4496, (410) 752-7474.

        /s/
_____
Michael C. Worsham, Esq.