## UNITED STATES DISTRICT COURT
### DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**                                                6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE                                           Greenbelt, MD  20770
                                                                       (301) 344-0634

March 3, 2005

Michael C. Worsham, Esq.
1916 Cosner Road
Forest Hill, MD 21050

Edward J. Hutchins, Jr., Esq.          Robert H. Bouse, Jr., Esq.
Stacey A. Moffet, Esq.                 Anderson, Coe and King LLP
Eccleston and Wolf PC                  201 N. Charles Street
729 E. Pratt Street                    Suite 200
Baltimore, MD 21202                    Baltimore, MD 21201

    RE:   Priyank Shah v. Collecto, Inc., et al.
           <u>Civil Action No. DKC 2004-4059</u>

Dear Counsel:

    Mr. Worsham has filed electronically a document that purports also to have the signatures of other counsel, but the document does not comport with the court's procedures concerning signatures.  Furthermore, the document purports to be a dismissal of certain claims and an amendment of another, but is not accompanied by an Amended Complaint in red lined format as required by our rules.  The court will assume that other counsel in fact gave permission for the filing of the document unless they disavow the filing within 10 days.  In addition, however, Plaintiff is directed to file an Amended Complaint, along with a redlined version, and then Defendant Collecto should notify the court whether its Motion to Dismiss or for Summary Judgment is moot, or should be amended in any way, by the amendments made by Plaintiff.

    Despite the informal nature of this letter, it constitutes an Order of the Court and the clerk is instructed to docket it as such.

                              Very truly yours,

                              /s/

                              DEBORAH K. CHASANOW
                              United States District Judge