IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PRIYANK SHAH :

   v. : Civil Action No. DKC 2004-4059

COLLECTO, INC., et al. :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 12th day of September, 2005, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion of Plaintiff to stay decision pending discovery (paper no. 20), BE, and the same hereby IS, DENIED;

2. The motion of Plaintiff for leave to file a surreply (paper no. 19) BE, and the same hereby IS, GRANTED in part as to the statute of limitations and DENIED otherwise;

3. The motion of Collecto, Inc. to dismiss or, alternatively, for summary judgment (paper no. 9) BE, and the same hereby IS, GRANTED;

4. Judgment BE, and the same hereby IS, ENTERED in favor of Collecto, Inc. and against Priyank Shah on all claims; and

5. The Clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                              /s/
                    DEBORAH K. CHASANOW
                    United States District Judge