IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PRIYANK SHAH                                        :

    Plaintiff                                     :

v.                                                  :       Case #DKC 04-4059

COLLECTO, INC.                                      :
d/b/a Collection Company of America
and                                                 :
UNIVERSITY OF BRIDGEPORT
                                                    :
    Defendants


## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Priyank Shah and Defendant University of Bridgeport, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the voluntary dismissal with prejudice of Plaintiff's Complaint against Defendant University of Bridgeport.

_____
Michael C. Worsham, Esquire
1916 Cosner Road
Forest Hill, MD  21050-2210
Baltimore, Maryland 21202
*Attorney for the Plaintiff*
*Priyank Shah*

_____
Rachel L. Stewart, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland  21201
*Attorney for Defendant*
*University of Bridgeport.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, ~~18th~~ 13th day of ~~October,~~ November 2006, a copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice was electronically filed in this case and sent electronically or by mail, to:

Michael C. Worsham, Esquire
1916 Cosner Road
Forest Hill, MD 21050-2210

_____
Rachel L. Stewart